# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CAMCO PACIFIC CONSTRUCTION COMPANY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: SACV 13-01807-DOC (JPR)<br><br>**FINAL JUDGMENT  [26]**<br><br>Judge:    Hon. David O. Carter |

The present matter came for consideration before this Court on Fed.R.Civ.P. 12b(6) Motions to Dismiss.

On March 13, 2014, this Court GRANTED Defendant Lexington's Motion to Dismiss Plaintiff's Complaint with leave to amend (Dkt. 18). On May 21, 2014, the Court GRANTED Defendant Lexington's Motion to Dismiss Plaintiff's First Amended Complaint without leave to amend (Dkt. 25).

/ / /

/ / /

1

1      Accordingly, JUDGMENT IS HEREBY ENTERED AGAINST PLAINTIFF
2 CAMCO PACIFIC CONSTRUCTION COMPANY, INC. ("CAMCO") AND IN
3 FAVOR OF DEFENDANT LEXINGTON INSURANCE COMPANY
4 ("LEXINGTON").

6     **IT IS SO ORDERED.**

8 DATED:   June 24, 2014

9                            By: _____
10                               The Hon. David O. Carter
                                United States District Court Judge